UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                          Plaintiff,

                    -against-

MILLENIA HOUSING MGMT LTD,

                          Defendant.

25-CV-3313 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 10, 2020, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Plaintiff brings this new *pro se* action without prepaying the filing fees, and the Court therefore assumes that he seeks IFP status. Because Plaintiff has not sought leave from the court to file this new IFP action, the Court dismisses this action without prejudice, due to Plaintiff's failure to comply with the court's July 10, 2020 order in *Johnson*, ECF 1:19-CV-7337, 8.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

 Dated:    February 12, 2026
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge