UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                    Plaintiff,

        -against-

MILLENIA HOUSING MGMT LTD,

                    Defendant.

25cv3313 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the February 13, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge

v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

 Dated:   February 18, 2026
          New York, New York


                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge